In the Matter of CHARLES J. CHRIST et al., Appellants, against JOSEPH B. FORD et al., Constituting the BUFFALO MUNICIPAL CIVIL SERVICE COMMISSION, et al., Respondents.

(Argued December 3, 1935; decided January 7, 1936.)

*M. Edwin Merwin* for appellants.

*Gregory U. Harmon, Corporation Counsel (John E. Livermore* of counsel), for Municipal Civil Service Commission et al., respondents.

*Charles Joseph McDonough* for George E. Schwenk, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.